IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Flores, Jennifer S

Printed: 01/06/09

Case Number:  05 B 61870
Judge:  Goldgar, A. Benjamin
Filed:  10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  October 23, 2008
Confirmed:  December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,451.62 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 8,179.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 570.73 |
| Other Funds: |  | 1.18 |
| Totals: | 10,451.62 | 10,451.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | R Daniel Lyons Esq & Assoc | Administrative | 1,700.00 | 1,700.00 |
| 2. | Resurgent Capital Services | Unsecured | 729.86 | 1,168.51 |
| 3. | ECast Settlement Corp | Unsecured | 2,270.51 | 3,635.07 |
| 4. | Resurgent Capital Services | Unsecured | 2,108.77 | 3,376.13 |
| 5. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 6. | Citi Cards | Unsecured |  | No Claim Filed |
|  |  |  | $ 6,809.14 | $ 9,879.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 76.06 |
| 5% | 90.57 |
| 4.8% | 83.60 |
| 5.4% | 188.15 |
| 6.5% | 113.26 |
| 6.6% | 19.09 |
|  | $ 570.73 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Flores, Jennifer S

Printed: 01/06/09

Case Number:  05 B 61870

Judge:  Goldgar, A. Benjamin

Filed:  10/16/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

